AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
February 25, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____PC_____
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Anderson Alberto SEVILLANO-PIRAQUENO | ) Case No. EP:25-M-00753-ATB |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 10, 2022__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1325(a)(1) | being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Complaint sworn to telephonically on __February 25, 2025__ at __06:22 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_Complainant's signature_
Luis E. Rodriguez, Border Patrol Agent
_Printed name and title_

Date: __02/25/2025__

_Judge's signature_
Anne T. Berton  U.S. Magistrate Judge
_Printed name and title_

City and state: __El Paso, Texas__

The DEFENDANT, Anderson Alberto SEVILLANO-PIRAQUENO, an alien to the United States and a citizen of Venezuela, illegally entered the United States from the Republic of Mexico on October 10, 2022, approximately .18 miles west of the Paso del Norte Port of Entry, in El Paso, Texas, in the Western District of Texas.  A Border Patrol Agent determined the DEFENDANT had unlawfully entered the United States from Mexico, at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States.

After determining that the DEFENDANT was an alien who illegally entered the United States, the DEFENDANT was detained on an administrative immigration violation by United States Border Patrol Agents on October 10, 2022, arrested and transferred to the El Paso Sector Modular Central Processing Center for detention and processing using the E3/IDENT and IAFIS Systems. Due to the mass influx of immigrants in detention, the DEFENDANT was released into the United States.